**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SA'MONE MARQUIS,** | |
| *Plaintiff,* | |
| v. | **Case No. 2:25-cv-07001-JDW** |
| **PROSPECT AIRPORT SERVICES,** | |
| *Defendant.* | |

## ORDER

AND NOW, this 21st day of May, 2026, upon consideration of Defendant Unifi Aviation LLC's Partial Motion To Dismiss Plaintiff's Amended Complaint (ECF No. 17), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, as follows:

1.  The claims in the Amended Complaint for failure to accommodate under the ADA and for sexual harassment are **DISMISSED WITHOUT PREJUDICE**;

2.  The claims in the Amended Complaint for negligence and retaliation for reports of workplace safety issues are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Ms. Marquis may file an amended complaint on or before June 12, 2026. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Marquis's claims against each defendant. The

amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. **Ms. Marquis should not include in her amended complaint any claim that I have dismissed with prejudice.** When drafting her amended complaint, Ms. Marquis should be mindful of my reasons for dismissing the claims in her First Amended Complaint as explained in the accompanying Memorandum. If Ms. Marquis fails to file any response to this Order, then I will conclude that she intends to stand on her First Amended Complaint, and the case will proceed accordingly.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**

2